**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ray E. Weaver                                              CHAPTER 13
        Mary E. Weaver

            Debtor(s)                                              BKY. NO. 20-14833 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Mill City Mortgage Loan Trust 2019-GS1 and index same on the master mailing list.

                Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
05 Jan 2021, 04:33:25, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322