IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ray E. and Mary E. Weaver,** | : | Chapter 13 |
| | : | |
| **Debtor.** | : | Case No.  20-14833 (PMM) |

### ORDER DISMISSING BANKRUPTCY CASE

AND NOW upon consideration of the Motion to Extend Time to File Documents (doc. no. 17, the "Motion");

AND upon consideration of the fact that the Debtor has failed to file required documents. See doc. no. 6;

**AND** although the Debtor having been given an extension to file the required documents, see doc. no. 15, the Debtor having failed to file the documents on or before the deadline of January 28, 2021;

**AND** the Order granting an extension of time specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. no. 15 at 1 (emphasis in original);

It is, therefore, hereby **ordered** that:

1) The Motion is **denied**.

2) The above-captioned bankruptcy case is **dismissed**.

Dated: 2/4/21

HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge