HOUSING AUTHORITY OF BERKS COUNTY
1803 Butter Lane
Reading PA  19606

1301-8451
ORG1:1 Administrative
EE ID: 36        DD

MARY E WEAVER
342 BARTLETT ST
READING PA  19611

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Mary E Weaver | | |
| 342 Bartlett St | | |
| Reading, PA  19611 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 36 | | |
| Home Department: 1 Administrative | | |
| Pay Period: 11/09/20 to 11/22/20 | | |
| Check Date: 11/27/20    Check #: 1268 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 2003 | 643.96 | 13166.74 |
| Chkg 1762 | 100.00 | 2100.00 |
| NET PAY | 743.96 | 15266.74 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO 7.5 hour | 60.00 hrs | 11.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 74.00 | 11.9600 | 885.04 | 1452.50 | 17235.30 |
| | PTO | | | | 60.00 | 711.63 |
| | Retro | | | | | 18.98 |
| | Overtime | | | | 11.75 | 206.75 |
| | Health C-Memo | | | M25.64 | | M538.44 |
| | Total Hours | 74.00 | | | 1524.25 | |
| | Gross Earnings | | | 885.04 | | 18172.66 |
| | Total Hrs Worked | 74.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 54.69 | 1122.99 |
| | Medicare | | 12.80 | 262.64 |
| | Fed Income Tax | M 2 | 9.37 | 199.39 |
| | PA Income Tax | | 27.08 | 556.06 |
| | PA Unemploy | | 0.53 | 10.93 |
| | PA EXETR-Ber In | | 31.76 | 652.06 |
| | PA LEXEB-Ber LS | | 2.00 | 42.00 |
| | TOTAL | | 138.23 | 2846.07 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Pretax Health | 2.85 | 59.85 |
| | TOTAL | 2.85 | 59.85 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 743.96 | 15266.74 |

Payrolls by Paychex, Inc.

0027 1301-8451  Housing Authority of Berks County • 1803 Butter Lane • Reading PA  19606 • (610) 370-0822

HOUSING AUTHORITY OF BERKS COUNTY
1803 Butter Lane
Reading PA 19606

1301-8451
ORG1:1 Administrative
EE ID: 36    DD

MARY E WEAVER
342 BARTLETT ST
READING PA 19611

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Mary E Weaver
342 Bartlett St
Reading, PA 19611
Soc Sec #: xxx-xx-xxxx    Employee ID: 36

Home Department: 1 Administrative

Pay Period: 10/26/20 to 11/08/20
Check Date: 11/13/20    Check #: 1257

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2003 | 653.00 | 12522.78 |
| Chkg 1762 | 100.00 | 2000.00 |
| **NET PAY** | **753.00** | **14522.78** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO 7.5 hour | 60.00 hrs | 11.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 67.50 | 11.9600 | 807.30 | 1378.50 | 16350.26 |
| PTO | 7.50 | 11.9600 | 89.70 | 60.00 | 711.63 |
| Retro | | | | | 18.98 |
| Overtime | | | | 11.75 | 206.75 |
| Health C-Memo | | | M25.64 | | M512.80 |
| Total Hours | 75.00 | | | 1450.25 | |
| Gross Earnings | | | 897.00 | | 17287.62 |
| Total Hrs Worked | 75.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.44 | 1068.30 |
| Medicare | | 12.96 | 249.84 |
| Fed Income Tax | M 2 | 10.57 | 190.02 |
| PA Income Tax | | 27.45 | 528.98 |
| PA Unemploy | | 0.54 | 10.40 |
| PA EXETR-Ber In | | 32.19 | 620.30 |
| PA LEXEB-Ber LS | | 2.00 | 40.00 |
| **TOTAL** | | **141.15** | **2707.84** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pretax Health | 2.85 | 57.00 |
| **TOTAL** | **2.85** | **57.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 753.00 | 14522.78 |

Payrolls by Paychex, Inc.

0027 1301-8451 Housing Authority of Berks County • 1803 Butter Lane • Reading PA 19606 • (610) 370-0822

HOUSING AUTHORITY OF BERKS COUNTY
1803 Butter Lane
Reading PA 19606

1301-8451
ORG1:1 Administrative
EE ID: 36    DD

MARY E WEAVER
342 BARTLETT ST
READING PA 19611

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Mary E Weaver
342 Bartlett St
Reading, PA 19611
Soc Sec #: xxx-xx-xxxx    Employee ID: 36

Home Department: 1 Administrative

Pay Period: 10/12/20 to 10/25/20
Check Date: 10/30/20    Check #: 1246

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2003 | 652.99 | 11869.78 |
| Chkg 1762 | 100.00 | 1900.00 |
| **NET PAY** | **752.99** | **13769.78** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO 7.5 hour | 52.50 hrs | 11.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 75.00 | 11.9600 | 897.00 | 1311.00 | 15542.96 |
| PTO | | | | 52.50 | 621.93 |
| Retro | | | | | 18.98 |
| Overtime | | | | 11.75 | 206.75 |
| Health C-Memo | | | M25.64 | | M487.16 |
| Total Hours | 75.00 | | | 1375.25 | |
| Gross Earnings | | | 897.00 | | 16390.62 |
| Total Hrs Worked | 75.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.44 | 1012.86 |
| Medicare | | 12.97 | 236.88 |
| Fed Income Tax | M 2 | 10.57 | 179.45 |
| PA Income Tax | | 27.45 | 501.53 |
| PA Unemploy | | 0.54 | 9.86 |
| PA EXETR-Ber In | | 32.19 | 588.11 |
| PA LEXEB-Ber LS | | 2.00 | 38.00 |
| **TOTAL** | | **141.16** | **2566.69** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pretax Health | 2.85 | 54.15 |
| **TOTAL** | **2.85** | **54.15** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 752.99 | 13769.78 |

Payrolls by Paychex, Inc.

0027 1301-8451  Housing Authority of Berks County • 1803 Butter Lane • Reading PA 19606 • (610) 370-0822

HOUSING AUTHORITY OF BERKS COUNTY
1803 Butter Lane
Reading PA  19606

1301-8451
ORG1:1 Administrative
EE ID: 36    DD

MARY E WEAVER
342 BARTLETT ST
READING PA  19611

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

### PERSONAL AND CHECK INFORMATION
Mary E Weaver
342 Bartlett St
Reading, PA  19611
Soc Sec #: xxx-xx-xxxx    Employee ID: 36

Home Department: 1 Administrative

Pay Period: 09/28/20 to 10/11/20
Check Date: 10/16/20    Check #: 1234

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2003 | 653.01 | 11216.79 |
| Chkg 1762 | 100.00 | 1800.00 |
| NET PAY | 753.01 | 13016.79 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO 7.5 hour | 52.50 hrs | 11.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 75.00 | 11.9600 | 897.00 | 1236.00 | 14645.96 |
| PTO | | | | 52.50 | 621.93 |
| Retro | | | | | 18.98 |
| Overtime | | | | 11.75 | 206.75 |
| Health C-Memo | | | M25.64 | | M461.52 |
| Total Hours | 75.00 | | | 1300.25 | |
| Gross Earnings | | | 897.00 | | 15493.62 |
| Total Hrs Worked | 75.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.43 | 957.42 |
| Medicare | | 12.96 | 223.91 |
| Fed Income Tax | M 2 | 10.57 | 168.88 |
| PA Income Tax | | 27.45 | 474.08 |
| PA Unemploy | | 0.54 | 9.32 |
| PA EXETR-Ber ln | | 32.19 | 555.92 |
| PA LEXEB-Ber LS | | 2.00 | 36.00 |
| TOTAL | | 141.14 | 2425.53 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pretax Health | 2.85 | 51.30 |
| TOTAL | 2.85 | 51.30 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 753.01 | 13016.79 |

Payrolls by Paychex, Inc.

0027 1301-8451  Housing Authority of Berks County • 1803 Butter Lane • Reading PA  19606 • (610) 370-0822

HOUSING AUTHORITY OF BERKS COUNTY
1803 Butter Lane
Reading PA 19606

1301-8451
ORG1:1 Administrative
EE ID: 36    DD

*Payrolls by Paychex, Inc.*

MARY E WEAVER
342 BARTLETT ST
READING PA 19611

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Mary E Weaver | | |
| 342 Bartlett St | | |
| Reading, PA 19611 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 36 | | |
| Home Department: 1 Administrative | | |
| Pay Period: 09/14/20 to 09/27/20 | | |
| Check Date: 10/02/20   Check #: 1222 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 2003 | 652.99 | 10563.78 |
| Chkg 1762 | 100.00 | 1700.00 |
| **NET PAY** | **752.99** | **12263.78** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO 7.5 hour | 52.50 hrs | 11.00 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 75.00 | 11.9600 | 897.00 | 1161.00 | 13748.96 |
| | PTO | | | | 52.50 | 621.93 |
| | Retro | | | | | 18.98 |
| | Overtime | | | | 11.75 | 206.75 |
| | Health C-Memo | | | M25.64 | | M435.88 |
| | Total Hours | 75.00 | | | 1225.25 | |
| | Gross Earnings | | | 897.00 | | 14596.62 |
| | Total Hrs Worked | 75.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 55.44 | 901.99 |
| | Medicare | | 12.97 | 210.95 |
| | Fed Income Tax | M 2 | 10.57 | 158.31 |
| | PA Income Tax | | 27.45 | 446.63 |
| | PA Unemploy | | 0.54 | 8.78 |
| | PA EXETR-Ber In | | 32.19 | 523.73 |
| | PA LEXEB-Ber LS | | 2.00 | 34.00 |
| | **TOTAL** | | **141.16** | **2284.39** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Pretax Health | 2.85 | 48.45 |
| | **TOTAL** | **2.85** | **48.45** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 752.99 | 12263.78 |

*Payrolls by Paychex, Inc.*

0027 1301-8451 Housing Authority of Berks County • 1803 Butter Lane • Reading PA 19606 • (610) 370-0822

HOUSING AUTHORITY OF BERKS COUNTY
1803 Butter Lane
Reading PA  19606

1301-8451
ORG1:1 Administrative
EE ID: 36    DD

*Payrolls by Paychex, Inc.*

MARY E WEAVER
342 BARTLETT ST
READING PA  19611

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Mary E Weaver | | |
| 342 Bartlett St | | |
| Reading, PA  19611 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 36 | | |
| Home Department: 1 Administrative | | |
| Pay Period: 06/08/20 to 06/21/20 | | |
| Check Date: 06/26/20    Check #: 1138 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 2003 | 667.35 | 6051.58 |
| Chkg 1762 | 100.00 | 1000.00 |
| **NET PAY** | **767.35** | **7051.58** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO 7.5 hour | 26.00 hrs | 7.50 hrs |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 75.00 | 11.9600 | 897.00 | 669.00 | 7864.64 |
| | PTO | | | | 26.00 | 304.99 |
| | Retro | | | 18.98 | | 18.98 |
| | Overtime | | | | 11.75 | 206.75 |
| | Health C-Memo | | | M25.64 | | M256.40 |
| | Total Hours | 75.00 | | | 706.75 | |
| | Gross Earnings | | | 915.98 | | 8395.36 |
| | Total Hrs Worked | 75.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 56.62 | 518.75 |
| | Medicare | | 13.24 | 121.32 |
| | Fed Income Tax | M 2 | 12.47 | 92.10 |
| | PA Income Tax | | 28.03 | 256.86 |
| | PA Unemploy | | 0.55 | 5.05 |
| | PA EXETR-Ber In | | 32.87 | 301.20 |
| | PA LEXEB-Ber LS | | 2.00 | 20.00 |
| | **TOTAL** | | **145.78** | **1315.28** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Pretax Health | 2.85 | 28.50 |
| | **TOTAL** | **2.85** | **28.50** |

*UNPAYED MEDICAL LEAVE
4-6-20 - 6-26-20
HOSPITAL/SURGERY +
READING Rehab.*

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 767.35 | 7051.58 |

*Payrolls by Paychex, Inc.*

0027 1301-8451  Housing Authority of Berks County • 1803 Butter Lane • Reading PA  19606 • (610) 370-0822