United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ray E. Weaver  
Mary E. Weaver  
    Debtors

Case No. 20-14833-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 04, 2021      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray E. Weaver, Mary E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14571456 | + | Arcadia, PO Box6768, Reading, PA 19610-0768 |
| 14571459 | + | Consumer Adjustment Co, 514 Earth City Plaza, Earth City, MO 63045-1312 |
| 14571463 | + | Met Ed, PO Box 6099, Jackson, MI 49204-6099 |
| 14574992 | + | Mill City Mortgage Loan Trust 2019-GS1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14573236 | | Mill City Mortgage Loan Trust 2019-GS1, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14575170 | + | Mill City Mortgage Loan Trust 2019-GS1, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14575143 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14571480 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14571481 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14571483 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14571484 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2021 02:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 05 2021 02:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14574177 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 02:54:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 03:05:22 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14571771 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 05 2021 02:37:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14571460 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 05 2021 02:37:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14571461 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2021 03:00:38 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14573446 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2021 02:54:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 20-14833-pmm    Doc 28    Filed 02/06/21    Entered 02/07/21 00:47:08    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14575452 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 05 2021 03:05:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14571462 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 05 2021 03:05:21 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14571464 | + | Email/Text: Bankruptcies@nragroup.com | Feb 05 2021 02:38:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571468 | + | Email/PDF: pa_dc_claims@navient.com | Feb 05 2021 03:00:37 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571482 | + | Email/Text: bankruptcy@sccompanies.com | Feb 05 2021 02:38:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14571490 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 05 2021 02:38:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571458 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14571465 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571466 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571467 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571469 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571470 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571471 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571472 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571473 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571474 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571475 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571476 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571477 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571478 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571479 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14576772 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14571485 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571486 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571487 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571488 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571489 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021            Signature:      /s/Joseph Speetjens

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Mary E. Weaver tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Ray E. Weaver tobykmendelsohn@comcast.net

REBECCA ANN SOLARZ
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ray E. and Mary E. Weaver,** | : | **Chapter 13** |
| | : | |
| **Debtor.** | : | **Case No.   20-14833 (PMM)** |

## ORDER DISMISSING BANKRUPTCY CASE

AND NOW upon consideration of the Motion to Extend Time to File Documents (doc. no. 17, the "Motion");

AND upon consideration of the fact that the Debtor has failed to file required documents. See doc. no. 6;

**AND** although the Debtor having been given an extension to file the required documents, see doc. no. 15, the Debtor having failed to file the documents on or before the deadline of January 28, 2021;

**AND** the Order granting an extension of time specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. no. 15 at 1 (emphasis in original);

It is, therefore, hereby **ordered** that:

1) The Motion is **denied**.

2) The above-captioned bankruptcy case is **dismissed**.

Dated: 2/4/21

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge