UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ray E. Weaver, | : | Chapter 13 |
| Mary E. Weaver | : | |
| Debtors | : | |
| | : | Bankruptcy No.  20-14833-PMM |

## ORDER

AND NOW, upon consideration of the Motion to Reinstate Bankruptcy Proceeding and Reinstate the Automatic Stay ("Motion"), and after notice and opportunity for hearing

IT IS HEREBY ORDERED that the above-captioned Bankruptcy proceeding is reinstated.

IT IS FURTHER ORDERED that the automatic stay is reimposed and the dismissal order dated February 4, 2021 is vacated.

IT IS FURTHER ORDERED that the deadline to file a Proof of Claim for all Creditors and Government Creditors shall be extended by twenty-two (22) days. Debtor shall immediately serve a copy of this Order on all creditors.

BY THE COURT

*Patricia M. Mayer*

**Date: February 25, 2021**          Patricia M Mayer
U.S. Bankruptcy Judge