United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14833-pmm |
| Ray E. Weaver | Chapter 13 |
| Mary E. Weaver | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ray E. Weaver, Mary E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Mary E. Weaver tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Ray E. Weaver tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Mar 23, 2021 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: RAY E. WEAVER ) | |
|     MARY E. WEAVER ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | CASE NO. 20-14833-PMM |
| CREDIT ACCEPTANCE CORPORATION ) | |
|     **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
|     v. ) | |
| ) | HEARING DATE: **3-23-21 at 10:00 AM** |
| RAY E. WEAVER ) | |
| MARY E. WEAVER ) | |
|     **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|     **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

    Upon the Motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2006 Dodge Dakota** bearing vehicle identification number 1D7HW28KX6S547489 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **March 23, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE