# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mary E. Weaver<br>　　　　Ray E. Weaver<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Mill City Mortgage Loan Trust 2019-GS1, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs. | NO. 20-14833 PMM |
| Mary E. Weaver<br>Ray E. Weaver<br>　　　　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Mill City Mortgage Loan Trust 2019-GS1, which was filed with the Court on or about **January 5, 2021, docket number 11**.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: April 1, 2021