United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ray E. Weaver  
Mary E. Weaver  
Debtors

Case No. 20-14833-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3  
Date Rcvd: May 06, 2021  Form ID: 155  Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray E. Weaver, Mary E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |
| 14571456 | + | Arcadia, PO Box6768, Reading, PA 19610-0768 |
| 14588067 | + | Berks County Tax Claim Bureau, 633 Court Street 2nd Floor, Reading, PA 19601-3552 |
| 14581284 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14571459 | + | Consumer Adjustment Co, 514 Earth City Plaza, Earth City, MO 63045-1312 |
| 14587748 | + | Credit Acceptance Corporation, c/o William E. Craig, LLC, Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14596065 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14571463 | + | Met Ed, PO Box 6099, Jackson, MI 49204-6099 |
| 14574992 | + | Mill City Mortgage Loan Trust 2019-GS1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14573236 | | Mill City Mortgage Loan Trust 2019-GS1, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14575170 | + | Mill City Mortgage Loan Trust 2019-GS1, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14575143 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14571480 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14571481 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14571483 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14571484 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14599468 | | US Department of Education, PO Box 16448, ST. Paul, MN 55116-0448 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14587673 | | Email/Text: ebnnotifications@creditacceptance.com | May 07 2021 03:03:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14574177 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 02:57:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 02:55:25 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14571771 | + | Email/Text: ebnnotifications@creditacceptance.com | May 07 2021 03:03:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14571460 | + | Email/Text: ebnnotifications@creditacceptance.com | May 07 2021 03:03:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14571461 | + | Email/PDF: creditonebknotifications@resurgent.com | May 07 2021 02:55:25 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14573446 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:55:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14575452 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2021 02:53:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14571462 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2021 02:53:43 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14571464 | + | Email/Text: Bankruptcies@nragroup.com | May 07 2021 03:03:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571468 | + | Email/PDF: pa_dc_claims@navient.com | May 07 2021 02:53:44 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14600651 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 03:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14590861 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 03:03:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14571482 | + | Email/Text: bankruptcy@sccompanies.com | May 07 2021 03:03:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14571490 | + | Email/Text: bnc-bluestem@quantum3group.com | May 07 2021 03:03:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571458 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14571465 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571466 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571467 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571469 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571470 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571471 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571472 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571473 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571474 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571475 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571476 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571477 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571478 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571479 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14576772 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14571485 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571486 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571487 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571488 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571489 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021         Signature:      /s/Joseph Speetjens

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 06, 2021 | Form ID: 155 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Mary E. Weaver tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Ray E. Weaver tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com   mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ray E. Weaver and Mary E. Weaver
      Debtor(s)

Chapter: 13
Bankruptcy No: 20−14833−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 6, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Patricia M. Mayer
                            Judge ,
                            United States Bankruptcy Court