| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14833-PMM**

| | |
|---|---|
| Ray E. Weaver | Petition Filed Date: 12/23/2020 |
| Mary E. Weaver | 341 Hearing Date: 02/02/2021 |
| 342 Bartlett Street | Confirmation Date: 05/06/2021 |
| Reading  PA    19611 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2021 | $500.00 | | 02/24/2021 | $500.00 | | 03/24/2021 | $500.00 | |
| 04/28/2021 | $500.00 | | 05/26/2021 | $500.00 | | | | |

**Total Receipts for the Period:  $2,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,000.00 | $1,860.00 | $3,140.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $512.03 | $0.00 | $512.03 |
| 3 | NEWREZ LLC  D/B/A<br>»» 002 | Mortgage Arrears | $16,942.69 | $0.00 | $16,942.69 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $112.91 | $0.00 | $112.91 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $45,473.32 | $0.00 | $45,473.32 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $46,775.06 | $0.00 | $46,775.06 |
| 8 | MERRICK BANK<br>»» 007 | Unsecured Creditors | $1,502.42 | $0.00 | $1,502.42 |
| 9 | READING AREA WATER AUTHORITY<br>»» 008 | Secured Creditors | $5,511.59 | $0.00 | $5,511.59 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $102.39 | $0.00 | $102.39 |
| 11 | BRICKHOUSE OPCO I LLC<br>»» 010 | Unsecured Creditors | $258.16 | $0.00 | $258.16 |
| 12 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 011 | Secured Creditors | $2,027.82 | $0.00 | $2,027.82 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $410.46 | $0.00 | $410.46 |
| 14 | US DEPARTMENT OF EDUCATION<br>»» 014 | Unsecured Creditors | $22,965.01 | $0.00 | $22,965.01 |

**Chapter 13 Case No. 20-14833-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $1,860.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $190.00 | Total Plan Base: | $33,000.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.