**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Ray E. Weaver , | : | Chapter 13 |
| Mary E. Weaver, | : | |
| Debtors | : | Bankruptcy No. 20-14833-pmm |

### **ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 2/17/22-3/23/22. This amount may be paid pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 4/12/22

_Patricia M. Mayer_
———————————————
Patricia M. Mayer
U.S. Bankruptcy Judge