| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-14833-PMM

| | |
|---|---|
| Ray E. Weaver<br>Mary E. Weaver<br>342 Bartlett Street<br>Reading  PA    19611 | Petition Filed Date: 12/23/2020<br>341 Hearing Date: 02/02/2021<br>Confirmation Date: 05/06/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2021 | $500.00 | | 05/26/2021 | $500.00 | | 06/23/2021 | $500.00 | |
| 07/28/2021 | $500.00 | | 08/25/2021 | $500.00 | | 09/22/2021 | $500.00 | |
| 10/27/2021 | $500.00 | | 11/24/2021 | $500.00 | | 12/22/2021 | $500.00 | |
| 01/26/2022 | $500.00 | | 02/24/2022 | $500.00 | | 03/23/2022 | $500.00 | |
| 04/27/2022 | $500.00 | | 05/25/2022 | $500.00 | | 06/24/2022 | $456.00 | |
| 07/27/2022 | $456.00 | | | | | | | |

**Total Receipts for the Period:  $7,912.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,412.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»»  01U | Unsecured Creditors | $512.03 | $0.00 | $512.03 |
| 3 | NEWREZ LLC  D/B/A<br>»»  002 | Mortgage Arrears | $16,942.69 | $1,281.90 | $15,660.79 |
| 4 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $112.91 | $0.00 | $112.91 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»»  005 | Unsecured Creditors | $45,473.32 | $0.00 | $45,473.32 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»»  006 | Unsecured Creditors | $46,775.06 | $0.00 | $46,775.06 |
| 8 | MERRICK BANK<br>»»  007 | Unsecured Creditors | $1,502.42 | $0.00 | $1,502.42 |
| 9 | READING AREA WATER AUTHORITY<br>»»  008 | Secured Creditors | $5,511.59 | $417.01 | $5,094.58 |
| 10 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $102.39 | $0.00 | $102.39 |
| 11 | BRICKHOUSE OPCO I LLC<br>»»  010 | Unsecured Creditors | $258.16 | $0.00 | $258.16 |
| 12 | BERKS COUNTY TAX CLAIM BUREAU<br>»»  011 | Secured Creditors | $2,027.82 | $153.42 | $1,874.40 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»»  012 | Unsecured Creditors | $410.46 | $0.00 | $410.46 |

**Chapter 13 Case No. 20-14833-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | US DEPARTMENT OF EDUCATION  »» 014 | Unsecured Creditors | $22,965.01 | $0.00 | $22,965.01 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 15 | NEWREZ LLC D/B/A  »» 02P | Secured Creditors | $3,505.12 | $67.20 | $3,437.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $9,412.00 | | Current Monthly Payment: | $443.00 |
| Paid to Claims: | $8,209.53 | | Arrearages: | ($197.00) |
| Paid to Trustee: | $782.95 | | Total Plan Base: | $38,010.00 |
| Funds on Hand: | $419.52 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.