| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-14833-PMM

Ray E. Weaver
Mary E. Weaver
342 Bartlett Street
Reading  PA   19611

Petition Filed Date: 12/23/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 05/06/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2022 | $456.00 | | 09/28/2022 | $456.00 | | 10/26/2022 | $456.00 | |
| 11/23/2022 | $456.00 | | 12/29/2022 | $456.00 | | 01/25/2023 | $456.00 | |
| 02/23/2023 | $456.00 | | 03/22/2023 | $456.00 | | 06/01/2023 | $950.00 | |
| 06/28/2023 | $456.00 | | 07/26/2023 | $456.00 | | | | |

**Total Receipts for the Period:  $5,510.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,922.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»»  01U | Unsecured Creditors | $512.03 | $0.00 | $512.03 |
| 3 | NEWREZ LLC  D/B/A<br>»»  002 | Mortgage Arrears | $16,942.69 | $4,318.93 | $12,623.76 |
| 4 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $363.00 | $0.00 | $363.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $112.91 | $0.00 | $112.91 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»»  005 | Unsecured Creditors | $45,473.32 | $0.00 | $45,473.32 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»»  006 | Unsecured Creditors | $46,775.06 | $0.00 | $46,775.06 |
| 8 | MERRICK BANK<br>»»  007 | Unsecured Creditors | $1,502.42 | $0.00 | $1,502.42 |
| 9 | READING AREA WATER AUTHORITY<br>»»  008 | Secured Creditors | $5,511.59 | $1,404.98 | $4,106.61 |
| 10 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $102.39 | $0.00 | $102.39 |
| 11 | BRICKHOUSE OPCO I LLC<br>»»  010 | Unsecured Creditors | $258.16 | $0.00 | $258.16 |
| 12 | BERKS COUNTY TAX CLAIM BUREAU<br>»»  011 | Secured Creditors | $2,027.82 | $516.95 | $1,510.87 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»»  012 | Unsecured Creditors | $410.46 | $0.00 | $410.46 |
| 14 | US DEPARTMENT OF EDUCATION<br>»»  014 | Unsecured Creditors | $22,965.01 | $0.00 | $22,965.01 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 20-14833-PMM**

| 15 | NEWREZ LLC D/B/A »»  02P | Secured Creditors | $3,505.12 | $733.91 | $2,771.21 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,922.00 | Current Monthly Payment: | $443.00 |
| Paid to Claims: | $13,264.77 | Arrearages: | ($391.00) |
| Paid to Trustee: | $1,242.27 | Total Plan Base: | $38,010.00 |
| Funds on Hand: | $414.96 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.