**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE: | Case No. 20-14833-pmm |
| | Chapter 13 |
| Ray E. Weaver | |
| Mary E. Weaver | |
| | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**Mill City Mortgage Loan Trust 2019-GS1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 13th day of February, 2024, to the following:

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net
***Attorney for Debtor(s)***

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***

United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Ray E. Weaver
342 Bartlett Street
Reading, PA 19611

Mary E. Weaver
342 Bartlett Street
Reading, PA 19611
***Debtor(s)***

      By:    /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire