*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ray E. Weaver and Mary E. Weaver

Debtor(s)

Case No: 20–14833–pmm

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Mill City Mortgage Loan Trust 2019–GS1 Filed by Mary E. Weaver, Ray E. Weaver

on: 4/18/24

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/21/24

Timothy B. McGrath
Clerk of Court

100 – 99
Form 167