UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In Re:<br>    RAY E. WEAVER<br>    MARY E. WEAVER<br>        Debtor(s)<br>MILL CITY MORTGAGE LOAN TRUST 2019-GS1<br>        Movant<br>v.<br>RAY E. WEAVER<br>MARY E. WEAVER<br>        Debtor(s)<br>SCOTT F. WATERMAN<br>        Trustee<br>            Respondent(s) | Chapter 13<br><br>Case Number: 20-14833-pmm |

**O R D E R**

AND NOW, this 17th day of April, 2024 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Mill City Mortgage Loan Trust 2019-GS1 and any successor in interest and Debtor, Ray E. Weaver, Mary E. Weaver, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Mill City Mortgage Loan Trust 2019-GS1 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **342 Bartlett Street, Reading, PA 19611**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

**Date: April 17, 2024**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE