United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14833-pmm |
| Ray E. Weaver | Chapter 13 |
| Mary E. Weaver | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ray E. Weaver, Mary E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

**Name                 Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Ray E. Weaver tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Mary E. Weaver tobykmendelsohn@comcast.net

DANIEL P. JONES
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 djones@sterneisenberg.com bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 Josh.Goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 1

ECFMail@ReadingCh13.com

STEVEN K. EISENBERG

on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re:<br>  RAY E. WEAVER<br>  MARY E. WEAVER<br>    Debtor(s)<br>MILL CITY MORTGAGE LOAN TRUST 2019-GS1<br>    Movant<br>v.<br>RAY E. WEAVER<br>MARY E. WEAVER<br>    Debtor(s)<br>SCOTT F. WATERMAN<br>    Trustee<br>    Respondent(s) | Chapter 13<br><br>Case Number: 20-14833-pmm |
|---|---|

## O R D E R

AND NOW, this 17th day of April, 20 24 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Mill City Mortgage Loan Trust 2019-GS1 and any successor in interest and Debtor, Ray E. Weaver , Mary E. Weaver, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Mill City Mortgage Loan Trust 2019-GS1 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **342 Bartlett Street, Reading, PA 19611**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE

**Date: April 17, 2024**