Certificate Number: 20102-PAE-DE-038636007

Bankruptcy Case Number: 20-14833



20102-PAE-DE-038636007

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2024, at 8:11 o'clock AM EDT, Mary Weaver completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 5, 2024         By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager