UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Ray E. Weaver,    Bankruptcy No. 20-14833-PMM
Mary E. Weaver,    Chapter 13
Debtors

**<u>ORDER</u>**

AND NOW, upon consideration of the Motion to Waive Financial Management Course, and after Notice and an Opportunity for a Hearing, it is hereby Ordered and Decreed that Motion is Granted for Debtor Husband.

BY THE COURT:

*/s/ Patricia M. Mayer/*

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: August 1, 2024**