United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14833-pmm |
| Ray E. Weaver | Chapter 13 |
| Mary E. Weaver | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray E. Weaver, Mary E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |
| 14581284 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14587748 | + | Credit Acceptance Corporation, c/o William E. Craig, LLC, Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14596065 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14571463 | + | Met Ed, PO Box 6099, Jackson, MI 49204-6099 |
| 14575170 | + | Mill City Mortgage Loan Trust 2019-GS1, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14854942 | + | Mill City Mortgage Loan Trust 2019-GS1, Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14669647 | + | Mill City Mortgage Loan Trust 2019-GS1, c/o Joshua Goldman, Esq., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14571481 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14571484 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 22 2024 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2024 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14571456 | ^ | MEBN | Aug 22 2024 00:12:31 | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 14588067 | + | Email/Text: taxclaim@countyofberks.com | Aug 22 2024 00:26:00 | Berks County Tax Claim Bureau, 633 Court Street 2nd Floor, Reading, PA 19601-3552 |
| 14587673 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 22 2024 00:26:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14574177 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:27:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:28:12 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14571459 | + | Email/Text: EDI@CACIONLINE.NET | Aug 22 2024 00:26:00 | Consumer Adjustment Co, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 14571771 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 22 2024 00:26:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14571460 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 22 2024 00:26:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14571461 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

| | | | Aug 22 2024 00:27:30 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
|---|---|---|---|---|
| 14573446 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:28:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14575452 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:28:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14571462 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:28:55 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14574992 | ^ | MEBN | Aug 22 2024 00:12:36 | Mill City Mortgage Loan Trust 2019-GS1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14573236 | | Email/Text: mtgbk@shellpointmtg.com | Aug 22 2024 00:26:00 | Mill City Mortgage Loan Trust 2019-GS1, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14571464 | + | Email/Text: Bankruptcies@nragroup.com | Aug 22 2024 00:26:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571468 | + | Email/PDF: pa_dc_claims@navient.com | Aug 22 2024 00:27:28 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14575143 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2024 00:26:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14571480 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 22 2024 00:26:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14600651 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2024 00:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14590861 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2024 00:26:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14571482 | + | Email/Text: bankruptcy@sccompanies.com | Aug 22 2024 00:26:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14571483 | + | Email/Text: famc-bk@1stassociates.com | Aug 22 2024 00:26:00 | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14599468 | | Email/Text: EDBKNotices@ecmc.org | Aug 22 2024 00:26:00 | US Department of Education, PO Box 16448, ST. Paul, MN 55116-0448 |
| 14571490 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 22 2024 00:26:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571458 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14678009 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14571465 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571466 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571467 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14571469 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571470 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571471 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571472 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571473 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571474 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571475 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571476 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| 14571477 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571478 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14571479 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14576772 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14571485 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571486 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571487 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571488 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14571489 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Mary E. Weaver tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Ray E. Weaver tobykmendelsohn@comcast.net |
| DANIEL P. JONES | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 132 − 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Ray E. Weaver<br><br>　　Mary E. Weaver<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−14833−pmm<br><br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 21, 2024

For The Court

Timothy B. McGrath
Clerk of Court