Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-14833-PMM**

Ray E. Weaver  
Mary E. Weaver  
342 Bartlett Street  
Reading  PA  19611  

Petition Filed Date: 12/23/2020  
341 Hearing Date: 02/02/2021  
Confirmation Date: 05/06/2021  

Case Status: Completed on 7/24/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $456.00 | | 01/25/2024 | $1,368.00 | | 02/28/2024 | $456.00 | |
| 03/27/2024 | $456.00 | | 05/02/2024 | $456.00 | | 05/22/2024 | $456.00 | |
| 06/27/2024 | $456.00 | | 07/24/2024 | $456.00 | | | | |

**Total Receipts for the Period: $4,560.00   Amount Refunded to Debtor Since Filing: $52.00   Total Receipts Since Filing: $19,482.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP »» 01U | Unsecured Creditors | $512.03 | $1.32 | $510.71 |
| 3 | NEWREZ LLC D/B/A »» 002 | Mortgage Arrears | $6,050.32 | $6,050.32 | $0.00 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $363.00 | $0.93 | $362.07 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $112.91 | $0.29 | $112.62 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 005 | Unsecured Creditors | $45,473.32 | $116.99 | $45,356.33 |
| 7 | EDUCATIONAL CREDIT MGMT CORP »» 006 | Unsecured Creditors | $46,775.06 | $120.34 | $46,654.72 |
| 8 | MERRICK BANK »» 007 | Unsecured Creditors | $1,502.42 | $3.87 | $1,498.55 |
| 9 | READING AREA WATER AUTHORITY »» 008 | Secured Creditors | $1,968.22 | $1,968.22 | $0.00 |
| 10 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $102.39 | $0.26 | $102.13 |
| 11 | BRICKHOUSE OPCO I LLC »» 010 | Unsecured Creditors | $258.16 | $0.66 | $257.50 |
| 12 | BERKS COUNTY TAX CLAIM BUREAU »» 011 | Secured Creditors | $724.18 | $724.18 | $0.00 |
| 13 | QUANTUM3 GROUP LLC as agent for »» 012 | Unsecured Creditors | $410.46 | $1.06 | $409.40 |
| 14 | US DEPARTMENT OF EDUCATION »» 014 | Unsecured Creditors | $22,965.01 | $59.08 | $22,905.93 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 20-14833-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | NEWREZ LLC  D/B/A  »»  02P | Secured Creditors | $1,114.01 | $1,114.01 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 16 | CONSUMER ADJUSTMENT CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MET ED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | NATIONAL RECOVERY AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | SWISS COLONY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | TBOM/TOTAL CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Ray E. Weaver | Debtor Refunds | $52.00 | $52.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,482.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $17,793.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,688.47 | Total Plan Base: | $19,430.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.