United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14833-pmm |
| Ray E. Weaver | Chapter 13 |
| Mary E. Weaver | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 03, 2025 | Form ID: 195 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ray E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |
| jdb | #+ | Mary E. Weaver, 342 Bartlett Street, Reading, PA 19611-2033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 05, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:

**Name    Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Ray E. Weaver tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Mary E. Weaver tobykmendelsohn@comcast.net

DANIEL P. JONES
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 djones@sterneisenberg.com  bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 bkgroup@kmllawgroup.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 03, 2025 | Form ID: 195 | Total Noticed: 2

JOSHUA I. GOLDMAN
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 Josh.Goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS1 seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Ray E. Weaver and Mary E. Weaver                : Case No. 20−14833−pmm
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , April 2, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195